**Order filed August 20, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00445-CV
_____

### IN THE INTEREST OF G.S. AND T.S., MINOR CHILDREN

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2012-04758**

## ORDER

Appellant filed an affidavit of indigence in this court. *See* Tex. R. App. P. 20. According to his affidavit, an affidavit was filed in the trial court. *See* Tex. R. Civ. P. 145.

On August 11, 2020, this court ordered a supplemental clerk's record containing (1) appellant's statement of inability to afford payment of costs; (2) the contest(s) to the statement, if any; (3) the trial court's order ruling on any contest; and (4) any other documents pertaining to the claim of indigence and the contests

thereto. A supplemental clerk's record was filed on August 13, 2020, containing appellant's affidavit and a contest filed by the court reporter.[1]

A party who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145(a). *See* Tex. R. App. P. 20.1(b)(1). The supplemental clerk's record does not contain any ruling by the trial court on the court reporter's contest to appellant's affidavit of indigence.

Therefore, we order the County District Clerk and the court reporter for the District Court to prepare and file with this court the record of all trial court proceedings on appellant's claim of indigence including the trial court's order on the court reporter's contest. *See* Tex. R. Civ. P. 145(f)(3). The record must be provided without charge and filed with this court on or before August 24, 2020.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Wise and Bourliot.

---

[1] Citing Rule 20.1(e), appellant claims the contest was untimely filed. The current version of Rule 20.1 contains no subsection (e). *See* Tex. R. App. P. 20.1.